

2010 Decisions

Opinions of the United
States Court of Appeals
for the Third Circuit

7-30-2010

# USA v. John Bryant

Precedential or Non-Precedential: Non-Precedential

Docket No. 10-1411

Follow this and additional works at: http://digitalcommons.law.villanova.edu/thirdcircuit_2010

Recommended Citation

"USA v. John Bryant" (2010). *2010 Decisions.* Paper 849.
http://digitalcommons.law.villanova.edu/thirdcircuit_2010/849

This decision is brought to you for free and open access by the Opinions of the United States Court of Appeals for the Third Circuit at Villanova
University School of Law Digital Repository. It has been accepted for inclusion in 2010 Decisions by an authorized administrator of Villanova
University School of Law Digital Repository. For more information, please contact Benjamin.Carlson@law.villanova.edu.

**NOT PRECEDENTIAL**

UNITED STATES COURT OF APPEALS
FOR THE THIRD CIRCUIT
_____

No. 10-1411
_____

UNITED STATES OF AMERICA

v.

JOHN BRYANT,

                    Appellant


_____


On Appeal from the United States District Court
for the Eastern District of Pennsylvania
(D.C. Criminal Action No. 06-cr-00838-001)
District Judge:  Honorable Michael M. Baylson

_____


Submitted Pursuant to Third Circuit LAR 34.1(a)
July 28, 2010

Before:  FUENTES, GREENAWAY. JR., AND VAN ANTWERPEN, Circuit Judges

(Opinion filed: July 28, 2010)
_____

**ORDER AMENDING OPINION**



**IT IS HEREBY ORDERED** that the Opinion filed in this case on

July 28, 2010, be amended as follows:

On page 2, fourth line of paragraph one and seventh line of paragraph two;

on page 3, last line of paragraph two; and on page 4, second line of

paragraph one, change the "©" to "(C)".


                                        For the Court,

                                        /s/ Marcia M. Waldron
                                        Clerk

Dated: July 30, 2010
CJG/cc: Bernadette A. McKeon, Esq.
        John Bryant

2